# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARK D. COULTER and CINDY COULTER,<br><br>                                 Plaintiff,<br>vs.<br>MACDOWELL & ASSOCIATES and FORD MOTOR CREDIT COMPANY,<br><br>                                 Defendant. | CASE NO. 08cv2238 JM(NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |
|---|---|

   For good cause shown, the court grants the joint motion of the parties to dismiss this action with prejudice. The Clerk of Court is instructed to close the file.

   **IT IS SO ORDERED.**

DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties